Alex Asil Mashiri, Esq. (SBN 283798)
**MASHIRI LAW FIRM**
A Professional Corporation
11251 Rancho Carmel Drive #500694
San Diego, CA 92150
Phone: (858) 348-4938
Fax: (858) 348-4939

Attorney for Plaintiff:
HEMIN MIRAN

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEMIN MIRAN ) | Case No. 16-CV-2058-JLS-JLB |
| ) | |
| Plaintiff, ) | |
| v. ) | **NOTICE OF SETTLEMENT** |
| ) | |
| AD ASTRA RECOVERY SERVICES, ) | |
| INC. ) | |
| ) | |
| Defendant. ) | |
| ———————————————— ) | |

**NOTICE IS HEREBY GIVEN** that Plaintiff HEMIN MIRAN and Defendant

AD ASTRA RECOVERY SERVICES, INC. have reached a settlement.  Plaintiff

anticipates filing a motion dismissing the entire case with prejudice within 60 days.

Respectfully submitted,

DATED:  September 21, 2016            **MASHIRI LAW FIRM**
                                     A Professional Corporation

                                     By: /s/ Alex Asil Mashiri
                                     Alex Asil Mashiri
                                     Attorney for Plaintiff,
                                     HEMIN MIRAN