Alex Asil Mashiri, Esq. (SBN 283798)
**MASHIRI LAW FIRM**
A Professional Corporation
11251 Rancho Carmel Drive #500694
San Diego, CA 92150
Phone: (858) 348-4938
Fax: (858) 348-4939

Attorney for Plaintiff:
HEMIN MIRAN

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HEMIN MIRAN,<br><br>  Plaintiff,<br><br>  v.<br><br>AD ASTRA RECOVERY SERVICES, INC.<br><br>  Defendant. | Case No. 16-CV-2058-JLS-JLB<br><br>**MOTION TO DISMISS ENTIRE CASE WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff HEMIN MIRAN("Plaintiff") moves the Court to dismiss all Defendants from the above entitled action, with prejudice. The case has been settled. Each party to bear their on attorneys' fees and costs.

Respectfully submitted,

DATED:  October 26, 2016     **MASHIRI LAW FIRM**
A Professional Corporation

By: /s/ Alex Asil Mashiri
Alex Asil Mashiri
Attorney for Plaintiff,
HEMIN MIRAN