UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEMIN MIRAN,<br><br>                      Plaintiff,<br><br>v.<br><br>AD ASTRA RECOVERY SERVICES, INC.,<br><br>                    Defendant. | Case No.: 16-CV-2058 JLS (JLB)<br><br>**ORDER GRANTING MOTION TO DISMISS ENTIRE CASE WITH PREJUDICE**<br><br>(ECF No. 5) |

     Presently before the Court is Plaintiff Hemin Miran's Motion to Dismiss Entire Case with Prejudice. (ECF No. 5.) Good cause appearing, the Court **GRANTS** Plaintiff's Motion. As set forth in the Motion, each party shall bear its own attorneys' fees and costs. This Order ends the litigation in this matter. The Clerk of the Court shall close the file.

     **IT IS SO ORDERED.**

Dated: November 7, 2016

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge